**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-2035**

———————————

KEN E. HOUSTON; CHARLES M. SIGMON; DEBRA H.
HEFNER; HARRY WALLACE,

                              Plaintiffs - Appellants,

      versus

SIECOR CORPORATION; DON SIGMON; DOUGLAS
MILLER,

                              Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville. Graham C. Mullen,
District Judge. (CA-94-64-5-MU)

———————————

Submitted: January 18, 1996      Decided: January 31, 1996

———————————

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ken E. Houston, Charles M. Sigmon, Debra H. Hefner, Harry Wallace,
Appellants Pro Se. J. David Abernethy, SIECOR CORPORATION, Hick-
ory, North Carolina; George North Boylan, Special Deputy Attorney
General, Raleigh, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Houston v. Siecor Corp.</u>, No. CA-94-64-5-MU (W.D.N.C. Apr. 20, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2